169 P.3d 685

# SUPREME COURT OF HAWAI‘I

State v. Sunderland ............. 26641      10/19/2007  Denied      115 Hawai‘i 396,
168 P.3d 526

State v. Mariano ................ 27303      10/29/2007  Denied      114 Hawai‘i 271,
160 P.3d 1258